# Exhibit 1

Filed
D.C. Superior Court
11/18/2016 16:09PM
Clerk of the Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| NELSON RIVERO<br>c/o<br>509 N Jefferson St<br>Arlington, VA 22205<br><br>Plaintiffs,<br><br>v.<br><br>NATASHA TELLEZ-MANSY<br>Virginia Cleaning and Punchout, Inc.<br>103 Douglas Ct<br>Sterling, VA 20166<br><br>DIANA TELLEZ<br>Virginia Cleaning and Punchout, Inc.<br>103 Douglas Ct<br>Sterling, VA 20166<br><br>VIRGINIA CLEANING AND<br>   PUNCHOUT, INC.<br>c/o Natasha Tellez-Mansy<br>103 Douglas Ct<br>Sterling, VA 20166<br><br>Defendants. | No. <u>2016 CA 008318</u> B<br><br>Jury Trial Demanded |

## COMPLAINT

1. This is an action brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and state employment law by Plaintiff against

the Defendants for Defendants' failure to pay overtime and other wages to Plaintiff. Plaintiff brings this case as a collective action, pursuant to 29 U.S.C. 216, on behalf of himself and others similarly situated with respect to his FLSA unpaid overtime claims only.

## JURISDICTION

2. Jurisdiction of the Court is founded on D.C. Code § 13-423, in that Plaintiffs' claims arise from Defendants' transaction of business in the District of Columbia and the Defendants' contracting to supply services in the District of Columbia. Plaintiff performed work giving rise to Plaintiff's claim in the District of Columbia.

## THE PARTIES

3. Plaintiff NELSON RIVERO was formerly employed by Defendants to clean newly constructed buildings and to drive a company vehicle. Some of this work was performed in the District of Columbia. Some of this work was performed in Maryland and Virginia.

4. Defendant VIRGINIA CLEANING AND PUNCHOUT, INC. ("Virginia Cleaning") is a Virginia corporation engaged in the business of cleaning newly constructed buildings in the Washington, D.C. metropolitan area. The company advertises on its web page that "[o]ur cleaners specialize in pre-closing cleaning, from scraping windows, to cleaning and shining the kitchen counters just

before your client's scheduled closing." According to Virginia Cleaning's website, the company is "Family owned and operated."

5. A material portion of Virginia Cleaning's work is done in the District of Columbia and it regularly offers to perform work in the District of Columbia. The company also performs work and offers to perform work in Maryland and Virginia. According to the company's website, the company "collaborate[s] with an array of wonderful contractors, commercial and residential throughout the Washington D.C. Metro Area."

6. Virginia cleaning was an employer of Plaintiff. It supervised Plaintiff and controlled the hours he worked and the location, type and nature of the work he performed.

7. Defendant NATASHA TELLEZ-MANSY is the President, principal owner and corporate agent of Virginia Cleaning. She acted as a supervisor for Plaintiff and was aware of the hours that Plaintiff worked and the nature of Plaintiff's work. She was an employer of Plaintiff.

8. Defendant DIANA TELLEZ is the person principally responsible for Virginia Cleaning's day to day operations. She was a supervisor of and largely determined the hours that Plaintiff worked. She caused Plaintiff to performing work as a driver for Virginia Cleaning for which he was not compensated.

## FACTS

9. Plaintiff worked for Defendant from approximately August 2012 to August 2016. Plaintiff regularly worked fifty to sixty hours per week for Defendants.

10. Until 2015 Plaintiff was paid on an hourly basis. Until approximately January 2015 Defendant did not pay the time and a half overtime rate for overtime work. Defendants began paying overtime in approximately January 2015 because of legal action or the threat of legal action by another employee arising from Defendants' failure to pay overtime.

11. During this period Defendants regularly, intentionally and knowingly employed Plaintiff in excess of forty hours per week but failed to pay Plaintiff at a time and a half overtime rate.

12. With the exception of a limited period in 2015, when Plaintiff was an hourly employee, he was not paid overtime.

13. Starting in approximately June or July 2015 Defendants purported to pay Plaintiff on a supposed salary basis even though Plaintiff's job duties had not materially changed. Plaintiff was not paid overtime while working on a purported salary basis.

14. In the summer of 2016 Defendants purported to change Plaintiff's pay back to an hourly basis even though there had been no material change in

Plaintiff's job responsibilities. This change was made retroactively—Plaintiff was told that he would be paid hourly for time he had understood he was working on a purported salary basis.

15. This change from a purported salary basis to an hourly basis coincided with a reduction of Virginia Cleaning's work which resulted in there being less hours available for Plaintiff to work. This changed saved Virginia Cleaning money.

16. Plaintiff was not paid anything for the time period spent driving a Virginia Cleaning vehicle from Virginia Cleaning offices to the first job of the day and he was not paid anything for the time spent driving from the location of the last job of the day to Virginia Cleaning offices. Such driving was for the benefit of Plaintiff's employers and he was entitled to be paid for it.

## COLLECTIVE ACTION ALLEGATIONS

17. Plaintiff is aware of other employees of Defendants who are similarly situated in that they worked overtime for Defendants but were not paid at the overtime rate as required by the FLSA.

18. It was Defendants' policy not to pay an overtime rate for overtime work.

19. Plaintiff seeks to represent in this collective action all employees or former employees of Defendants who consent to be so represented, who were not

exempt from the wage and hours provisions of the FLSA and who were not paid the overtime rate for overtime work, as required by the FLSA.

20. Plaintiff consents and agrees to participate as a Plaintiff in this FLSA collective action.

21. Plaintiff seeks to represent in this collective action all employees or former employees of Defendants who consent to be so represented, who were not exempt from the wage and hours provisions of the FLSA and who were not paid the overtime rate for overtime work, as required by the FLSA.

22. Plaintiff consents and agrees to participate as a Plaintiff in this FLSA collective action.

23. If this action does not or cannot proceed as a collective action Plaintiff seeks to have it proceed as an individual action.

## JURY DEMAND

24. Plaintiff demands a jury trial for each of his claims with respect to which he is entitled to a jury trial.

## CAUSES OF ACTION

### COUNT I
### VIOLATION OF THE FLSA

25. Each Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

26. Section 7(a)(1) of the FLSA provides that "no employer shall employ any of his employees . . . for a workweek longer than forty hours unless such employee receives compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed."

27. Each Plaintiff was an "employee" of each and all Defendants, and Defendants were each and all an "employer" of each Plaintiff under the FLSA, 29 U.S.C. § 203.

28. Defendants violated the FLSA by willfully failing to compensate each Plaintiff at the rate of time-and-one-half for each Plaintiff's regular hourly rate for every hour worked in excess of forty hours in any one workweek.

29. Defendants' violation of the FLSA was repeated, willful, intentional, and in bad faith.

30. WHEREFORE, Defendants are liable to each Plaintiff for all unpaid overtime wages, plus an equal amount in liquidated damages, attorneys' fees, litigation expenses, and any other and further relief this Court deems appropriate.

**COUNT II**
**VIOLATION OF THE D.C. MINIMUM WAGE ACT REVISION ACT**
**(DCMWA)**

31. Each Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

32. Section 32-1003(c) of the D.C. Minimum Wage Act Revision Act ("DCMWA") provides that "[n]o employer shall employ any employee for a workweek that is longer than 40 hours, unless the employee receives compensation for employment in excess of 40 hours at a rate not less than 1 1/2 times the regular rate at which the employee is employed."

33. Each Plaintiff and all those similarly situated were "employees," and each and all Defendants were their "employer" as defined by the DCMWA, D.C. Code § 32-1002.

34. Defendants violated the DCMWA by knowingly failing to compensate each Plaintiff at the rate of time-and-one-half of his regular hourly rate for every hour worked in excess of forty hours in any one workweek.

35. Defendants' violations of the DCMWA were repeated, willful, intentional, and in bad faith.

36. WHEREFORE, Defendants are liable to each Plaintiff for all unpaid overtime wages, plus an equal amount in liquidated damages, attorneys' fees, litigation expenses, and any other and further relief this Court deems appropriate.

## COUNT III
## FAILURE TO TIMELY PAY WAGES (DCWPCL)

37. Each Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

38.  D.C. Code § 32-1303 provides that "[w]henever an employer discharges an employee, the employer shall pay the employee's wages" within four days and that "[w]henever an employee ... quits or resigns, the employer shall pay the employee's wages due upon the next regular payday or within 7 days from the date of quitting or resigning, whichever is earlier."

39.  D.C. Code § 32-1301(3) defines wages to include, inter alia, an "overtime premium."

40.  Because of their failure to pay overtime and for certain driving time Defendants failed to timely pay Plaintiff wages owed at the time each Plaintiff's employment by Defendants was terminated.

41.  Defendants' failure to may such payments was willful, intentional and in bad faith.

42.  WHEREFORE, Defendants are liable to each Plaintiff, for all unpaid minimum wages, plus treble that amount in liquidated damages attorneys' fees, litigation, and any other and further relief this Court deems appropriate.

### COUNT IV
### FAILURE TO COMPLY WITH THE MARYLAND WAGE PAYMENT COLLECTION LAW ("MWPCL")

43.  Each Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

44. To the extent that Maryland Law applies to Defendants' conduct, Defendant violated the Maryland Wage Payment Collection Law, Md. Code Ann., Labor & Employment Article, § 3-501, et seq. ("MWPCL"), which required that each Plaintiff be timely paid "all wages due for work that the employee performed." Defendants failed to pay required overtime wages and failed to pay wages for certain driving time.

45. WHEREFORE, Defendants are liable to each Plaintiff for such relief as is provided for by MWPCL.

## COUNT V
## FAILURE TO COMPLY WITH VIRGINIA WAGE PAYMENT LAW

46. Each Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

47. To the extent that Virginia law applies to Defendants' conduct, Defendants violated the Virginia Wage Payment Law, which required that Defendants timely pay each Plaintiff all wages due to him.

48. WHEREFORE, Defendants are liable to each Plaintiff for such relief as is provided for by the Virginia Wage Payment law.

## DEMAND FOR JUDGMENT

Wherefore, each Plaintiff demands judgment and relief as follows:

a. Injunctive relief to enjoin Defendant from further violations of labor laws;

b. Monetary damages, including liquidated damages, in an amount in excess of $5,000, to be proven;

c. An award of attorneys' fees and litigation expenses, as authorized by the FLSA and other applicable law;

d. Interest; and,

e. Such other relief that the Court deems just and proper.

Dated:  November 14, 2016                    Respectfully submitted,

                                                                            /s/
                                        Matthew B. Kaplan
                                        D.C. Bar No. 484760
                                        The Kaplan Law Firm
                                        509 N. Jefferson St.
                                        Arlington, VA 22205
                                        Telephone:  (703) 665-9529
                                        Fax:  (888) 958-1366
                                        Email: mbkaplan@thekaplanlawfirm.com
                                        *Counsel for Plaintiff*



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

NELSON RIVERO
_____
Plaintiff

vs.                                    Case Number   2016 CA 008318 B

DIANA TELLEZ
_____
Defendant

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Matthew B. Kaplan
_____
Name of Plaintiff's Attorney
The Kaplan Law Firm
_____
Address
509 N Jefferson St, Arlington, VA 22205
_____
(703) 665-9529
_____
Telephone

*Clerk of the Court*

By _____
     Deputy Clerk

Date   11/15/2016

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

   If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____ Demandante
                contra
                                                 Número de Caso: _____
_____ Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                                         *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

_____       Por:_____
Dirección                                                           Subsecretario

_____       Fecha_____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

    Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

NELSON RIVERO
_____
Plaintiff

vs.                                                         Case Number   2016 CA 008318 B

NATASHA TELLEZ-MANSY
_____
Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Matthew B. Kaplan
_____
Name of Plaintiff's Attorney

The Kaplan Law Firm
_____
Address
509 N Jefferson St, Arlington, VA 22205

(703) 665-9529
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date   11/15/2016

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화하십시요       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                                   CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
Demandante

contra

_____ Número de Caso: _____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

Por: _____
_____        Subsecretario
Dirección

Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시요       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

NELSON RIVERO
_____
Plaintiff

vs.                                              Case Number   2016 CA 008318 B

VIRGINIA CLEANING AND PUNCHOUT, INC.
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Matthew B. Kaplan
_____
Name of Plaintiff's Attorney

The Kaplan Law Firm                          By _____
_____                         Deputy Clerk
Address
509 N Jefferson St, Arlington, VA 22205

(703) 665-9529                               Date   11/15/2016
_____
Telephone

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화하십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                              CASUM.doc



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### 500 Indiana Avenue, N.W., Suite 5000
### Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                    Demandante
                contra

                                                            Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
                               Subsecretario

_____
Dirección

Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



Form CA 1-A: Notice and Acknowledgment for Service by Mail

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Nelson Rivero
*Plaintiff(s)*

v.

NATASHA TELLEZ-MANSY, DIANA TELLEZ and VIRGINIA CLEANING AND PUNCHOUT, INC.   *Defendant(s)*

Case No: 2016 CA 008381 B

## NOTICE

To (insert name and address of the party to be served):
Natasha Tellez-Mansy
c/o Leslie A. Stout-Tabackman, Jackson Lewis P.C.
10701 Parkridge Blvd., Suite 300
Reston, VA 20191

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 11/29/16 .

_Matthew B. Kaplan_     11/29/16
*Signature*     *Date of Signature*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

*Signature*     *Relationship to Defendant/Authority to Receive Service*     *Date of Signature*

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828
如需翻译,请打电话 (202) 879-4828
የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ
Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시요