IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NELSON RIVERO,<br><br>                     Plaintiff,<br><br>        v.<br><br>NATASHA TELLEZ-MANSY, *et al.*,<br><br>                     Defendants. | Case No. 16-02499 (BAH) |

## STIPULATION OF DISMISSAL

**The Parties Stipulate and Agree**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this matter is hereby dismissed with prejudice in its entirety.

| | |
|---|---|
| Dated:  June 27, 2017 | Respectfully, |
| By     /s/Matthew B. Kaplan<br>Matthew B. Kaplan<br>D.C. Bar No. 484760<br>The Kaplan Law Firm<br>509 N. Jefferson St.<br>Arlington, VA 22205<br>Telephone: (703) 665-9529<br>Fax: (888) 958-1366<br>Email:<br>mbkaplan@thekaplanlawfirm.com<br>*Counsel for Plaintiff* | JACKSON LEWIS, P.C.<br><br>/s/ Leslie Stout Tabackman<br>Leslie Stout Tabackman (D.C. Bar No. 422082)<br>10701 Parkridge Blvd, Suite 300<br>Reston, Virginia 20191<br>Telephone: (703) 483-8300<br>Facsimile: (703) 483-8301<br>Leslie.Stout@jacksonlewis.com<br>*Counsel for Defendants* |

## Certificate of Service

      I certify that, on the date indicated below, I served the foregoing document, and any accompanying or attached documents on the party indicated below via email, a method of service agreed to by the Parties.

Leslie A. Stout-Tabackman
Jackson Lewis P.C.
10701 Parkridge Blvd.
Suite 300
Reston, VA 20191
Leslie.Stout@jacksonlewis.com
*Counsel for Defendants*

.

Date:  June 27, 2017                  /s/Matthew B. Kaplan
                                                                 Matthew B. Kaplan